# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                                      Case No. 06-CR-223

**TIMOTHY MILTON, et. al.,**

        **Defendants.**

## ORDER SUSPENDING MOTION SCHEDULE

On August 7, 2007, the grand jury returned a superseding indictment that added four defendants to this case. A final pretrial conference is currently scheduled for September 21, 2007 and a jury trial is scheduled to commence on October 9, 2007 before the Honorable Charles N. Clevert, Jr. Currently pending before the court are motions from the newly added defendants seeking to either to sever their trials from those of the original defendants, or, in the alternative, to adjourn the trial date.

On August 24, 2007, defendant McCoy filed a motion for an extension of time to file pretrial motions. The court will treat his motion as applicable to the newly added defendants. First of all, the relief sought by the defendant, extending the time to file motions until October 5, 2007, cannot be granted unless the trial date is adjourned, or the motion to sever is granted. This court is only considering the latter motion, the former is before Judge Clevert.

Since this court intends on acting promptly on the motions to sever, upon which the briefing will be completed on September 5, 2007, the court will temporarily suspend the present pretrial motion schedule as applies to the newly added defendants. As soon as the court issues its order on

the severance motions, it will address the motion schedule, which will be adjusted in accordance with the decision on the motions

Accordingly, the pretrial order issued to the newly added defendants is hereby temporarily suspended.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2007.

s/AARON E. GOODSTEIN<br>U.S. Magistrate Judge